IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: JAMES LAMONT TAYLOR LITIGATION | ) ) ) ) ) ) ) ) ) ) | CV 122-085 <br> CV 122-089 <br> CV 122-094 <br> CV 122-095 <br> CV 122-105 <br> CV 122-106 <br> CV 122-107 <br> CV 122-113 <br> CV 122-114 <br> CV 122-115 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** the above-captioned cases without prejudice, **DIRECTS** the **CLERK** to **TERMINATE** all pending motions and deadlines, and **CLOSE** all of these civil actions.

SO ORDERED this 25th day of October, 2022, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA